IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wiley, Arthur | Case Number: 05 B 57126 |
|---|---|---|
| | Wiley, Renee L | Judge: Wedoff, Eugene R |
| | Printed: 10/2/07 | Filed: 4/25/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  September 25, 2007
Confirmed:  August 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,698.00 |  |
| Secured: |  | 4,823.06 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 374.94 |
| Other Funds: |  | 0.00 |
| Totals: | 7,698.00 | 7,698.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 2,500.00 | 2,500.00 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 4. | DaimlerChrysler Servs North America | Secured | 5,076.96 | 983.49 |
| 5. | JP Morgan Chase Bank | Secured | 15,952.03 | 2,622.64 |
| 6. | AMC Mortgage Services Inc | Secured | 14,969.25 | 1,216.93 |
| 7. | Internal Revenue Service | Priority | 580.72 | 0.00 |
| 8. | Davis Acquisitions Corporation | Unsecured | 970.27 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 4.15 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 192.28 | 0.00 |
| 11. | Citibank | Unsecured |  | No Claim Filed |
| 12. | Comcast | Unsecured |  | No Claim Filed |
| 13. | M.A.C.R.O.S. | Unsecured |  | No Claim Filed |
| 14. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 15. | University of Chicago Hospital | Unsecured |  | No Claim Filed |
| 16. | Shell Credit Card | Unsecured |  | No Claim Filed |
| 17. | University of Chicago | Unsecured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
| 19. | Z-Tel Communications Inc | Unsecured |  | No Claim Filed |
| 20. | Citibank | Unsecured |  | No Claim Filed |
| 21. | Providian | Unsecured |  | No Claim Filed |
| 22. | Capital One | Unsecured |  | No Claim Filed |
| 23. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
| 24. | Capital One | Unsecured |  | No Claim Filed |
| 25. | Pay Day Loan Store Of Illinois | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wiley, Arthur | Case Number: 05 B 57126 |
|---|---|---|
| | Wiley, Renee L | Judge: Wedoff, Eugene R |
| | Printed: 10/2/07 | Filed: 4/25/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Citibank | Unsecured | | No Claim Filed |
| 27. | Dr Maria Osan-Topala | Unsecured | | No Claim Filed |
| 28. | Providian | Unsecured | | No Claim Filed |
| 29. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 30. | American Family Insurance | Unsecured | | No Claim Filed |
| 31. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 32. | Century Liquidation | Unsecured | | No Claim Filed |
| 33. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |
| 34. | Nurses Book Society | Unsecured | | No Claim Filed |
| 35. | Household Credit Services | Unsecured | | No Claim Filed |
| 36. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 37. | University of Chicago | Unsecured | | No Claim Filed |
| 38. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 39. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 40. | Midwest Emergency | Unsecured | | No Claim Filed |
| 41. | Leahy & Associates | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 40,245.66 | $ 7,323.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 326.07 |
| 5.4% | 48.87 |
| | _____ |
| | $ 374.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_